# Exhibit A

# Letters of Support

05/02/2026

To:       Honorable Judge Mizelle
From:   Bernardo Garcia Guzman
Re:       Personal letter of reference in support of Mauricio Antonion Flores Garcia

Honorable Judge Mizelle:

My name is Bernardo Garcia Guzman. I am 58 years old and am Mauricio's uncle. I have known him since he was a two-year-old boy. He was born in the United States, and at that time, I was living in Colombia. However, while he was growing up, I had a great relationship with him. I would take him to school, I helped him with his homework, and I got him into personal defense, baseball and soccer. I spent his whole childhood with him and part of his adolescence. He was always a very calm nephew and affectionate towards his family. Although I have been living in Spain for over four years, I have never stopped keeping up a close and constant relationship with him. As time has passed, I have tried to pay attention to his decisions and the way he has assumed his responsibilities as an adult, father and son.

Above all, Mauricio is a family man. He is the father of two beautiful children: a girl, Sara, and the youngest, a boy, Jake. He is also the main provider for his mother, Patricia, who is my sister. They depend on him not only in the financial sense, but also emotionally. I have always seen him making an effort to fulfill his role, seeking stability for his family, and trying to be an example to his children. He is a respectful, hardworking and supportive person. He is always willing to help anyone who asks him for it.

I know that this process has not been easy for him or for any of us, but I also know that he has demonstrated sincere remorse. Although he did not have God very present in his life before, this time in prison has brought him closer to his faith and spirituality. This closeness has allowed him to look at himself with humility, to strengthen his character, and to reaffirm his desire to change, learn and not fall into that sort of mistake.

I am convinced that Mauricio is not defined by this difficult time, but rather by the combination of values he has shown throughout his life: love for his family, his willingness to work honestly, and his will to assume the consequences of his acts with responsibility. A prolonged absence or severe sentence would have a very negative impact on him as well as his children and mother who depend on his presence, guidance and daily support, and for the whole family that knows he is a great person despite the mistake he made.

Because of the aforementioned, I respectfully request you consider a sentence that will allow him to continue being with his family. I sincerely trust that, with the help of God and this experience as a lesson, Mauricio will be strengthened by this and will be committed to living an upstanding and productive life as he always has.

I thank you wholeheartedly for the time, attention and consideration given to this letter.

Respectfully,
Bernardo Garcia Guzman
Mauricio Antonio Flores Garcia's uncle



Translator: Maria Lando, FCCI
Date:        March 25th, 2026

Bernardo García Guzmán



05/02/2026

Honorable Jueza Mizelle

**Asunto: Carta de referencia personal a favor de Mauricio Antonio Flores García**

Estimada Honorable Jueza Mizelle:

Mi nombre es Bernardo García Guzmán, tengo 58 años, tío de Mauricio. Lo conozco desde que era un niño de dos años de edad. Él nació en los Estados Unidos y en aquel momento yo residía en Colombia, pero tuve una gran relación con él durante su crecimiento, lo llevaba al colegio, le ayudaba con sus tareas, lo metí a entrenar defensa personal, béisbol, fútbol, compartí con él toda su infancia y parte de su adolescencia y siempre fue un sobrino muy tranquilo y cariñoso con su familia. Aunque desde hace más de cuatro años vivo en España, nunca he dejado de mantener una relación cercana y constante con él. A medida que ha pasado el tiempo he tratado de estar pendiente de sus decisiones y la forma en que ha asumido sus responsabilidades como adulto, padre e hijo.

Mauricio es, ante todo, un hombre de familia, padre de dos lindos hijos, una niña, Sara, y un niño, Jake, el menor, y también es el principal apoyo de su madre, Patricia, mi hermana, quienes dependen de él no solo en el aspecto económico, sino también en lo emocional. Siempre lo he visto esforzarse por cumplir con su papel, buscando estabilidad para los suyos y tratando de ser un ejemplo para sus hijos. Es una persona respetuosa, trabajadora y solidaria, siempre dispuesto a ayudar a quien se lo pide.

Sé que este proceso no ha sido fácil para él ni para nosotros, pero también sé que ha mostrado un arrepentimiento sincero. Aunque anteriormente no había tenido a Dios muy presente en su vida, este tiempo en prisión lo ha acercado a la fe y a su espiritualidad. Este acercamiento le ha permitido mirarse a sí mismo con humildad, fortalecer su carácter y reafirmar su deseo de cambiar, aprender y no volver a caer en esa clase de errores.

Estoy convencido de que Mauricio no es definido por este momento difícil, sino por el conjunto de valores que ha demostrado a lo largo de su vida: su amor por su familia, su disposición para trabajar honestamente y su voluntad de asumir las consecuencias de sus actos con responsabilidad. Una ausencia prolongada o una sentencia severa tendría un impacto muy negativo tanto para él como para sus hijos, su madre, quienes dependen de su presencia, guía y apoyo diario, y para toda la familia que sabe que es una gran persona a pesar del error que cometió.

Por todo lo anterior, respetuosamente le solicito que considere una sentencia que le permita continuar con su familia. Confío sinceramente en que, con la ayuda de Dios y esta experiencia como aprendizaje, Mauricio saldrá fortalecido y comprometido a llevar una vida recta y

productiva como siempre la ha llevado.

Le agradezco de corazón su tiempo, su atención y la consideración brindada a esta carta.

Respetuosamente,

Bernardo García Guzmán
Tío de Mauricio Antonio Flores García

Honorable Judge Mizelle:

My name is Juan Garcia. I am 28 years old and am the cousin of Mauricio Flores. The situation he is in is very difficult and I would like to share a little about what we have gone through and what I think of him.

Since we were children, we have spent a large part of our lives together. We played soccer with my father and spent time together playing video games. He helped me with school homework many times and we would also go to family gatherings: dinner, birthdays, etc. We had a very close relationship. This closeness has given me the opportunity to know his character and his way of relating to others, and I can affirm that my cousin is a good person.

I have always seen him as very respectful and calm. I have never seen him angry or in trouble with anyone. In the family, he has always been willing to give support when someone needed it. He is someone who values respect, dialogue and peaceful coexistence.

In addition to being a good cousin and son, Mauricio is also a good father. He has always been concerned about educating his children and being with them when they need him. He is a person who is very responsible regarding his children's education, his duties, his work, and, like a good father, he is responsible for living, education and food expenses.

Just as I know we can always count on him, he also knows that he can count on his family's support and companionship during the difficult times that we are going through because of the situation he is in. We will continue to be attentive and to offer him all our emotional support, trying [to help] manage this complicated situation in the best way possible.

I respectfully ask that you take the family's letters into account and that you believe that Mauricio has truly been a good person throughout his life. I am certain that this difficult situation is weighing on him in the most profound way.

Sincerely,

Juan David Garcia Orozco
Relationship: Cousin

Translator: Maria Lando, FCCI
Date:         March 25th, 2026

Honorable Jueza Mizelle,

Mi nombre es Juan Garcia, 28 años, primo de Mauricio Flores. Es muy difícil la situación por la que está pasando y quisiera contarle un poco lo que hemos vivido y lo que pienso de él. Desde niños compartimos gran parte de nuestra vida. Jugábamos fútbol junto con mi padre, pasábamos tiempo juntos jugando videojuegos, varias veces me ayudaba a hacer las tareas del colegio y también íbamos a reuniones familiares, a una cena, cumpleaños, etc., teníamos una relación muy cercana. Esta cercanía me ha dado la oportunidad de conocer su carácter y su forma de relacionarse con los demás y puedo dar fe que mi primo es una buena persona.

Siempre lo he visto muy respetuoso y tranquilo, nunca lo vi enfadado, ni metido en problemas con nadie. En la familia siempre ha estado dispuesto a apoyar cuando alguien lo necesita. Es alguien que valora el respeto, el diálogo y la convivencia pacífica.

Mauricio además de ser buen primo, buen hijo, es también buen padre, siempre se preocupa por educar bien a sus hijos y por estar siempre con ellos cuando lo necesitan, es una persona muy responsable con la educación de sus hijos, con sus deberes, su trabajo y como el buen padre que es, es responsable de los gastos de vivienda, educación y alimentación.

Así como sé que podemos contar siempre con él, también sabe que cuenta con el respaldo y acompañamiento de su familia que en estos difíciles momentos que estamos pasando por la situación en que se encuentra, permanecemos atentos brindándole todo el apoyo emocional y tratando de que su complicada situación la lleve de la mejor manera posible.

Respetuosamente le pido que tenga en cuenta las cartas de la familia y crea que en verdad Mauricio ha sido una buena persona en el transcurso de su vida y que esta difícil situación, estoy seguro le está pesando de la manera más profunda.

Atentamente,

Juan David García Orozco
Parentesco: Primo



Honorable Judge Mizelle:


I am writing this with all due respect to offer a perspective on Mauricio's character and way of being. I am Mauricio's mother's first cousin. I am 71 years old and retired, but I work from home crocheting crafts. I know Mauricio thoroughly and can attest to his good conduct and human qualities.


He arrived at my house in Florida when he was 15 years old for the purpose of finding his father and meeting him. He was unsuccessful because of his father. I registered him in high school where he studied and was a good student. They never called to give me bad reports about him. He is a serious, calm and very respectful lad. During the five years that he lived with our family, I witnessed his good behavior on different occasions. He has always been characterized as an extremely calm person and distant from conflicts. He likes to read a lot and to play the guitar. During that time, my three grandchildren had a lot of fun listening to him play the guitar, and today, that is what the youngest, who is 21 years old, likes to do. When he lived with me, his bosses from work spoke well of him to me. We would attend Christian church every Sunday.


When he was 20 years old, he returned to Colombia. When he was 22 years old, he had a daughter, and then, he had his handsome son. He was a marvelous father to his two little children. He offered them the best he could. Later, he brought over [sic] his mother, who depends on him a lot as someone who recently arrived. He was his mother's provider until the day of his detention. Afterwards, everyone had to find a place to live. My cousin came to live in Forney, Texas, and the children are with my daughter.


With my greatest respect, I ask for your compassion so that he can continue in the role of a good father and son. Thank you in advance for your time and mercy.


*Martha Marin*

Martha Marin


Translator: Maria Lando, FCCI
Date:        March 25th, 2026

Honorable Jueza Mizelle,

Su señoría esto es con el debido respeto para brindarle una perspectiva sobre el carácter y forma de ser, de Mauricio.
Soy prima hermana de la madre de Mauricio, tengo 71 años, retirada, pero trabajando desde casa haciendo manualidades en crochet.
Conozco profundamente a Mauricio, y puedo dar fe de su buen comportamiento y calidad humana.

Llegó a mi casa en la Florida, cuándo él tenía quince años, con el propósito de encontrar a su padre y conocerlo, pero fue infructuoso por parte de su padre.

Lo inscribí en la High School, donde estudió y fue buen estudiante, nunca me llamaron para darme mal informe de él, es un muchacho serio, tranquilo, y muy respetuoso. Durante los cinco años que vivió en nuestra familia, he sido testigo de su buen comportamiento en diversas ocasiones, siempre se ha caracterizado por ser una persona sumamente tranquila y alejada de conflictos. le gusta mucho leer, y tocar la guitarra. En ese tiempo, mis tres nietos se divertian mucho leyéndolo tocar guitarra, y hoy el menor con 21 años eso es lo que le gusta.

En su trabajo mientras vivió conmigo sus jefes me hablaban muy bien de él.

Íbamos a la iglesia Cristiana, todos los domingos. A sus veinte años regresó a Colombia, tuvo una niña a los 22 años y luego tuvo a su precioso hijo. Fue un padre maravilloso, como siempre tuve comunicación con él, me enteré que volvió a la Florida con sus dos hijitos, les brindo lo mejor que pudo, y luego se trajo a su madre, que depende mucho de él como recién llegada.

Fue el sustento de su madre, hasta el día de su detención, después de eso cada cual tuvo que buscar donde vivir por lo que  mi prima vino a vivir conmigo en Forney Texas, y a los niños con mi hija.

Con mi más grande respeto, le pido su compasión, para que el pueda seguir con el papel de un buen padre e hijo, de antemano, gracias, por su tiempo y misericordia.


_____
Martha Marín.

Honorable Judge Mizelle:

My name is Patricia Garcia, and I am writing to you with all due respect. I am the mother of Mauricio Flores. I am 59 years old and was born in Colombia. I arrived in Florida in December 2024 because my son asked for me [sic] to have permanent residency and took charge of providing for me in this country. I arrived at his house where he was the person in charge of paying rent, services, food and everything necessary. Because of what happened, I had to go to a cousin's house in Forney, Texas, which is where I am currently. I was in emotional shock as I had only been in this country for six months.

Since his birth, and until he was 15 years old, my son and I lived together in Colombia. During that time, Mauricio was studious, respectful, and disciplined. He played baseball, took personal defense classes, and developed an interest in music and drawing. Since he was little, I instilled the values of responsibility, honesty and empathy in him, which he has always shown in his daily behavior.

Mauricio was born in Elizabeth, New Jersey. His father abandoned him when he was a year and eight months old. He never wanted to support him. I was a single mother, and I worked hard to raise him. One day, he told me he wanted to know about his father and to meet him. For that reason, he travelled to the United States where he lived with an adult cousin. When he did not get a response from his father, he sued him for support and to this day has not received anything.

At the age of 22, he became a father for the first time, and three years later, his second child was born. Since then, he has been a responsible father with the upbringing and wellbeing of his children. He gave them food, shelter and an education until the moment of his detention. I was always happy to see that my son did not duplicate what he experienced with his father. Instead, on the contrary, he tried to always give them the best and to be a good father to them.

My son never had psychological or mental health problems before, of which I was aware. He has always been a good worker, respectful, caring, and has had good principles. He had no court [sic] history and is a good son, grandson, nephew, father, friend and citizen.

I ask your forgiveness for the circumstances that have brought us before the Court. It truly has not been easy for anyone in the family, knowing how Mauricio has always been the center of our lives on so many occasions. I respectfully beg you to consider the possibility of having compassion so he can continue fulfilling his role of father and provider for the family. Mauricio is main person responsible for our economic stability. Thanks to his efforts, I was able to return to this country. He has been the one who has helped me with my health needs and personal expenses. As a mother, I continue to believe in him, in his integrity and the values that I instilled in him as a boy. I thank you deeply for the time, attention and consideration given to this letter.

With all due respect,

*Patricia Garcia G.*

Patricia Garcia


Translator: Maria Lando, FCCI
Date:        March 25th, 2026

Honorable Jueza Mizelle:

Me dirijo a usted con todo respeto, soy la madre de Mauricio Flores. Mi nombre es Patricia García, tengo 59 años, nacida en Colombia, pero llegué a Florida en Diciembre del 2024 pues mi hijo me pidió para tener mi residencia permanente haciéndose cargo de mi manutención en éste país. Llegué a su casa en la cual él era la persona encargada de pagar arriendo, servicios, alimentos y todo lo necesario. Debido a lo sucedido tuve que irme a donde una prima en Forney Texas, y actualmente es donde me encuentro. Quedé en shock emocional pues solo tenía siete meses en éste país.

Desde su nacimiento y hasta los 15 años, mi hijo y yo vivimos juntos en Colombia. Durante ese tiempo, Mauricio fue estudioso, respetuoso y disciplinado. Practicó béisbol, tomó clases de defensa personal y desarrolló interés por la música y el dibujo. Desde pequeño le inculqué valores de responsabilidad, honestidad y empatía, los cuales siempre demostró en su comportamiento diario.

Mauricio nació en Elizabeth New Jersey y su padre lo abandonó a la edad de un año y ocho meses, nunca quiso hacerse cargo de él, fui una madre soltera y trabajé duro para sacarlo adelante, un día me dijo que quería saber de su papá y conocerlo. Por esta razón viajó a los Estados Unidos, donde vivió con una prima adulta. Pero al no tener respuesta de su padre le puso una demanda de alimentos donde hasta el día de hoy nunca se recibió nada.

 A los 22 años se convirtió en padre por primera vez y, tres años después, nació su segundo hijo. Desde entonces, ha sido un padre responsable con la crianza y el bienestar de sus hijos, a quienes brindó alimentación, vivienda y educación hasta el momento de su detención. Siempre fui feliz de ver que mi hijo no siguió lo que él vivió con su papá sino que por el contrario ha tratado de darles siempre lo mejor y ser un buen padre para ellos.

Mi hijo nunca antes había tenido problemas psicológicos ni de salud mental conocidos por mí, y siempre ha sido buen trabajador, respetuoso, solidario y de buenos principios. No cuenta con antecedentes judiciales y ha sido un buen hijo, nieto, sobrino, hermano, padre, amigo y ciudadano.

Le pido perdón por ésta circunstancia que nos ha llevado a los tribunales, de verdad que no ha sido fácil para ninguno en la familia, sabiendo cómo Mauricio siempre  ha sido el eje principal en tantas ocasiones en nuestras vidas.

Respetuosamente, le ruego que considere la posibilidad de brindarle compasión para que él pueda continuar cumpliendo con su rol de padre y sostén familiar.

Mauricio es el principal responsable de nuestra estabilidad económica. Gracias a su esfuerzo pude regresar a este país, y él ha sido quien me ha ayudado en mis necesidades de salud y gastos personales.

Como madre, sigo creyendo en él, en su integridad y en los valores que le inculqué desde niño.

Agradezco profundamente el tiempo, la atención y la consideración que usted brinde a esta carta.

Con todo respeto,


_Patricia García G._
_____
Patricia García



.

Honorable Judge Mizelle:

My name is Valeria Castillo, and I am Mauricio's sister. I am 29 years old, a nurse, and work at a clinic in Colombia. I am writing to you with the greatest respect to share my perspective on who Mauricio is as a person and the impact that this situation has had on our family.

I have known Mauricio my whole life and I can sincerely say that he has been a loving and protective brother, who is committed to the family. In fact, before I was born, Mauricio was waiting for me with a welcome letter of which I have kept photographs to this day. During our childhood, we grew up very united. We played together, we would go to the pool, he helped me with my school homework, he tried to teach me to play the guitar, and he transmitted his love of soccer to me. He was always present for me, and even when we no longer lived together, we never stopped supporting each other.

I have been a witness to his constant efforts to make progress, work and support those who surround him. Since the birth of his children, Mauricio has dedicated his life to them. Despite not having grown up with a father figure present, he has made an effort to be the father that he himself did not have. He assumed the responsibility of offering them love, stability, education, shelter and recreation. Seeing his dedication to his children is something that I admire deeply about him.

Mauricio also assumed responsibility for taking care of and providing economically for our mother who lived with him until the moment of our detention. He has always sought the wellbeing and happiness of our family. I remember with affection how he organized family get togethers, how during his vacations in Colombia, he sought to spend time with all of us and how he recently took our mother to a concert given by her favorite artist to see her happy.

To me, Mauricio has always been a brother I could completely trust. His support and advice have been fundamental at important times in my life, and his presence has been a constant source of strength and guidance.

This situation has been extremely painful for our whole family. We understand the seriousness of the process he faces and the impact that this type of situation generates. During this time, I have seen Mauricio in a sincere process of reflection. I believe that he feels deep remorse and a sincere desire to learn from his mistakes and to rebuild his life in a positive way. I am convinced that Mauricio has the capacity to rehabilitate himself. He can count on his family's unconditional support. We are present to help him to stay on the right and productive path within society.

I respectfully request that at the time you determine his sentence, you consider Mauricio's character, his role as a father, son and brother, the impact that his absence will have on his family, and his desire for self-improvement. I sincerely thank you for your time and consideration.

Respectfully,

*Valeria Castillo G*

Valeria Castillo

Translator: Maria Lando, FCCI
Date:        March 26th, 2026

Honorable Jueza Mizelle,


Mi nombre es Valeria Castillo, tengo 29 años, soy enfermera, trabajo en una clínica en Colombia y soy hermana de Mauricio.

Me dirijo a usted con el mayor respeto para compartir mi perspectiva sobre quién es Mauricio como persona y el impacto que esta situación ha tenido en nuestra familia. He conocido a Mauricio toda mi vida y puedo decir con sinceridad que ha sido un hermano amoroso, protector y comprometido con su familia. Incluso antes de que yo naciera, Mauricio me esperaba con una carta de bienvenida que hasta el día de hoy conservo en fotografías. Durante nuestra niñez crecimos muy unidos, jugábamos juntos, íbamos a la piscina, me ayudaba con mis tareas escolares, intentó enseñarme a tocar guitarra y me transmitió su amor por el fútbol. Siempre estuvo presente para mí y aun cuando dejamos de vivir juntos, nunca dejamos de apoyarnos mutuamente.

He sido testigo de su esfuerzo constante por salir adelante, trabajar y apoyar a quienes lo rodean. Desde el nacimiento de sus hijos, Mauricio ha dedicado su vida a ellos. A pesar de no haber crecido con una figura paterna presente, se ha esforzado por ser el padre que él mismo no tuvo. Ha asumido la responsabilidad de brindarles amor, estabilidad, educación, vivienda y recreación. Ver su dedicación hacia sus hijos es algo que admiro profundamente de él.

Mauricio también asumió la responsabilidad de apoyar económicamente y cuidar a nuestra madre, quien vivía con él hasta el momento de su detención. Siempre ha procurado el bienestar y la felicidad de nuestra familia. Recuerdo con cariño cómo organizaba reuniones familiares, cómo durante sus vacaciones en Colombia buscaba pasar tiempo con todos nosotros y cómo recientemente llevó a nuestra madre a un concierto de su artista favorito para verla feliz.

Para mí, Mauricio siempre ha sido un hermano en quien puedo confiar plenamente. Su apoyo y sus consejos han sido fundamentales en momentos importantes de mi vida y su presencia ha sido una fuente constante de fortaleza y guía.

Esta situación ha sido extremadamente dolorosa para toda nuestra familia. Entendemos la seriedad del proceso que enfrenta y el impacto que este tipo de situaciones genera. Durante este tiempo, he visto en Mauricio un proceso sincero de reflexión. Creo que siente un profundo arrepentimiento y un deseo sincero de aprender de sus errores y reconstruir su vida de manera positiva.

Estoy convencida de que Mauricio tiene la capacidad de rehabilitarse. Cuenta con el apoyo incondicional de su familia, quienes estaremos presentes para ayudarlo a mantenerse en el camino correcto y productivo dentro de la sociedad.

Respetuosamente, le solicito considerar el carácter de Mauricio, su rol como padre, hijo y hermano, el impacto que su ausencia tendría en su familia y su deseo de superarse al momento de determinar su sentencia.

Agradezco sinceramente su tiempo y consideración.

Respetuosamente,

*Valeria Castillo G*
_____
Valeria Castillo

February 18, 2026


Honorable Judge [M]izelle:

My name is Liliana Sanchez Gordillo. I am from Colombia and live in the city of Bogota.

I have been a public accountant for 26 years. I have two adult children and four grandchildren. We are a very united family, have been Catholic all our lives, we are strong believers, and have always had faith in God.

I have personally known Mauricio Flores for eight years. I had the great fortune of God and destiny placing such a marvelous person in our lives. He is an honorable, sincere, honest and helpful man. I have no complaints about him nor do my children who also know him. I know how dedicated he is to his children, his mother and his sister who are the center of the family. I have seen Mauricio's concern and dedication to raising his children, always putting them first. I also know that since 2021, he has taken charge of their support and care. I know about the pain that the temporary separation from his children caused him, and I am aware of the efforts he made to be able to bring them to live with him. He has offered them the best education, quality of life and time. Since he worked from home, he had the ability to spend quality time with them and with Missus Patricia, his mother who he brought [to live] with him. He wanted to offer her the best too.

As a friend, he is an incredible person. He listens, analyzes and gives advice unconditionally, at any moment and time. He does not hesitate to help and to be there for you without expecting anything in return. He gladdens our lives with his fabulous way of being, always spontaneous and willing to make us smile and make our lives happy. I have a very strong connection and a great friendship with Mauricio.

Honorable Judge, Mauricio's way of being makes him a being of light. He is a splendid and marvelous being. He would not do ill to anyone or anything. His gift with people makes him unique. Honorable Judge, this is why I very humbly request that you take into account what I have described please, which is what sincerely comes from my heart and is Mauricio's real way of being.

Respectfully,

Liliana Sanchez Gordillo


Translator: Maria Lando, FCCI
Date:        March 26th, 2026

Febrero 18 de 2026

Honorable Jueza Nizelle

Mi nombre es Liliana Sanchez Gordillo, soy de Colombia vivo en la ciudad de Bogotá, soy contador Público hace 26 años, tengo dos hijos mayores de edad y 4 nietos, somos una familia muy unida, somos católicos de toda la vida, muy creyentes y siempre con la fe en Dios.

Conozco de vista y trato al señor Mauricio Flores hace 8 años, tuve la gran fortuna de que el destino y Dios colocara a un ser tan maravilloso en nuestras vidas, por que el es un hombre honrado sincero honesto servicial, no he tenido queja alguna y mis hijos tampoco que también lo conocen, se lo dedicado que el es con sus hijos, su mama y su hermana quienes son el núcleo principal de la familia, he visto la preocupación y dedicación que tienen Maurico de sacar sus hijos adelante, siempre los coloca en primer lugar y se que desde el año 2021 el se ha hecho cargo de su manutención y cuidado, supe del dolor que le causo la separación temporal de sus hijo y me di cuenta de los esfuerzos que hizo para poder llevarlos a vivir con el y brindarles lo mejor como educación, calidad de vida y tiempo ya que su trabajo por ser desde casa le dio la facilidad de compartir tiempo de calidad con ellos, al igual que con la señora Patricia su mama a quien se la llevo con el ya que también quiso ofrecerle lo mejor.

Como amigo es una persona increíble, escucha, analiza y da consejos, es incondicional, en cualquier momento, y hora no duda en poder ayudar y estar para uno sin esperar nada a cambio, nos alegra la vida con su fabulosa forma de ser, siempre espontaneo dispuesto a sacarnos una sonrisa y alegrar nuestras vidas, con Mauricio tengo lazos muy fuertes de una gran amistad.

Honorable Jueza la forma de ser de Mauricio lo convierten en un ser de luz, es un ser esplendido y maravilloso, no le causaría mal alguno a nadie su don de gente hace que él sea único, por eso solicito muy respetuosamente Honorable Jueza que tenga por favor en cuenta lo aquí descrito que es lo que sale sinceramente de mi corazón y que es real la forma de ser de Mauricio.

Respetuosamente

LILIANA SANCHEZ GORDILLO

Honorable Judge Mizelle:

I am Alexandra Garcia. I am 54 years old and have been a business manager for 29 years. I live in Cali, Colombia and work as a financial consultant for several companies. I am Mauricio Flores' aunt. I care for my 88-year-old mother (Mauricio's grandmother) with whom I currently live.

I turn to you most respectfully to state the case for my nephew Mauricio. Of my three [nieces and] nephews, he was the first one born and has been the family's greatest joy since his birth. We met him when he arrived in Colombia at the age of two and I can attest to the marvelous person that he is. He is an unquestionable [sic] father to his two children, an impeccable son to his mother, and in general, to his family, a person who always looks out for everyone. Therefore, I feel I have the responsibility of communicating about his human qualities and the environment of support that he has. Throughout his life, Mauricio has proven to be hardworking and an affectionate person towards his family.

It was a very hard blow for the whole family to find out about his detention because we never had any complaints about him. I understand the seriousness of the facts of which he is being accused, but I wish to emphasize that that behavior does not define his habitual character. Mauricio has expressed profound remorse and wishes to amend his errors. I trust completely that he will be given the opportunity to be a useful and responsible member of the community. I ask you to kindly consider this information when making your decision.

Respectfully,

*Alexandra García G*

Alexandra Garcia

Translator: Maria Lando, FCCI
Date:        March 26th, 2026

Honorable Jueza Mizelle:

Soy Alexandra Garcia, tengo 54 años, soy administradora de Empresas desde hace 29 años. Vivo en Cali - Colombia y me desempeño como Asesora de varias Empresas en el tema Financiero.

Soy la tía de Mauricio Flores, tengo a mi cargo a mi madre quien tiene 88 años (abuela de Mauricio) y con quien vivo actualmente.

Recurro a usted de la manera más respetable para exponerle el caso de mi sobrino Mauricio quien por ser el primero que nació de mis 3 sobrinos fue la mayor alegría desde su nacimiento para toda la familia.

Lo conocimos cuando llegó a Colombia con casi 2 años de edad y puedo dar fe del maravilloso ser humano que es, un padre innegable con sus 2 hijos, un hijo intachable con su madre y en general con toda la familia una persona siempre pendiente de todos.

Por lo que me siento en la responsabilidad de comunicarle sobre su calidad humana y el entorno de apoyo que tiene. A lo largo de su vida Mauricio ha demostrado ser una persona trabajadora, responsable, cariñoso con su familia.

Fue un impacto demasiado duro para toda la familia saber de su detención ya que nunca tuve una queja de él.

Entiendo la gravedad de los hechos que se le imputan pero quiero destacar que este comportamiento no define su carácter habitual.

Mauricio ha expresado profundo arrepentimiento y deseos de enmendar sus errores, confío plenamente en que si se le otorga la oportunidad será un miembro útil y responsable de la comunidad.

Le pido encarecidamente que considere esta información al tomar su decisión.

Respetuosamente,


Alexandra García G
_____
ALEXANDRA GARCIA

Honorable Judge Mizelle:

I am taking the liberty of introducing myself to you. My name is Oscar Stevens Cuartas Bejarano, and I work as an independent web developer and digital marketer. I have been an active member of the Christian church SHALOM (IUMEC COLOMBIAN MISSIONARY UNION EVANGELICAL CHURCH) located in the city of Palmira, Valle del Cauca, Colombia for 15 years, serving actively in all the social activities as a member and servant. I met Mauricio Flores more than seven years ago when he we worked together at the AMDA SENIOR CARE company as part of a co-working [sic] team from Colombia for said company [sic]. Since then, we have forged a friendship. I can state that mister Mauricio is an excellent person as a friend, professional, co-worker and father of a family, always showing strength, dedication and good humor about everything at all times. He is an outstanding father and is dedicated to seeking the best for his children. In fact, our friendship has included knowledge of his childhood and youth. Despite confronting normal difficulties in his family, he has known how to get ahead at every stage of his life while looking out for his people in an honest and dedicated way. In fact, at one time, we tried to work together because of clarity, business experience and relations with clients for whom I have been willing to work [sic]. I have always received his support when I have needed it, not only regarding work but also with emotional matters.

Judge, I do not know about the case or the details of why my friend is living through this situation, but I would like to reiterate that the person I know in [sic] Mauricio is someone honest with more than enough capabilities and discernment to live a life of principles, honesty and pulchritude in everything he does. For almost a decade I have known him to be so.

Respectfully,

Oscar Stebens Cuartas Bejarano

Translator: Maria Lando, FCCI
Date:        March 26th, 2026

Honorable Jueza Mizelle

Me permito presentarme ante usted, mi nombre es Oscar Stevens Cuartas Bejarano, me desempeño laboralmente como desarrollador web y marketer digital de manera independiente, soy miembro activo de la iglesia cristiana SHALOM (IUMEC IGLESIA UNION MISIONERA EVANGELICA COLOMBIANA) ubicada en la ciudad de palmira, valle del cauca, Colombia desde hace mas de 15 años sirviendo de manera activa en todas las actividades sociales como miembro y servidor, conocí a Mauricio Flores desde hace mas de 7 años como compañero de trabajo en la empresa AMDA SENIOR CARE como parte del equipo de trabajo de coworking desde Colombia para dicha empresa forjando desde alli fuertes lazos de amistad con Mauricio

Puedo dar constancia de que el señor Mauricio es una excelente persona como amigo, profesional, compañero de trabajo y padre de familia mostrando siempre fortaleza, dedicación y buen animo para todo en todo momento, siendo un padre destacado y dedicado en busca de lo mejor para sus hijos, nuestra amistad incluso ha llegado al conocimiento de su niñez y juventud en donde a pesar de afrontar dificultades normales en su familia ha sabido salir adelante en cada paso de su vida velando por el bien de los suyos de manera honesta y dedicada, incluso en algún momento hemos tratado de trabajar juntos debido a la claridad y experiencia en los negocios y trato con clientes para los cuales he estado dispuesto a trabajar, siempre he recibido su apoyo cuando lo he requerido no solo para temas laborales sino también emocionales.

Señora Juez, desconozco el caso, el detalle del porque mi amigo esta viviendo esta situación, pero quisiera reiterar en que la persona que conozco en Mauricio es alguien honesto con las capacidades y discernimiento de sobra para vivir una vida bajo principios de honestidad y pulcritud en todo lo que hace, casi por 1 década lo he conocido así.

Respetuosamente

Oscar Stevens Cuartas Bejarano

Honorable Judge Mizelle:

My name is David Viera Artunduaga. I am 36 years old and am an independent web page developer. I currently work in a family business with my partner. I dedicate my free time to my family and to continuing my education. I have always focused on improving our business venture and growing personally as well as professionally. I consider myself a responsible, respectful and kind person with firm principles based on my faith in God.

I met Mauricio Flores several years ago, in about 2015 when he was in charge of the selection process of personnel for a web page development company focused on video game sales. Since our first interaction, Mauricio has been formal, respectful and professional. In time, our relationship transcended work and became a close friendship. We have gotten together for multiple social gatherings with a group of friends that we consider to be like family: birthday celebrations, outings to the movies, gatherings, and barbeques amongst other meetings.

During all these years, I have known Mauricio as an upstanding, responsible and caring person. I always considered him an exemplary father, and he is deeply committed to the wellbeing of his children. His constant priority has been to offer them stability, safety and the best opportunities. When he made the decision to travel to the United States, he did it because he was motivated only by the desire to offer them a more promising future with access to new opportunities, culture and language, which would allow them to grow as people.

Mauricio has faced difficulties and challenges, but he has always shown strength and determination to overcome them. He is a person who sacrifices for his family and who, even at difficult times, has been willing to help his friends. I can personally state that in complicated situations he was present to offer me support, advice and sincere help, and not only to me, but to other people from our group of friends as well. We appreciate him profoundly for his loyalty and nobility. I consider Mauricio to be a man of good values, committed to his family and with a caring heart. I am convinced that his intention has always been to seek the wellbeing of his children and loved ones.

Because of the aforementioned, I respectfully request that when you make your decision, you consider his qualities and character as a father, friend and member of his community. I trust that you can value the upstanding person he is and the important he has for his family.

Respectfully,

Daniel Viera Artunduaga

Translator: Maria Lando, FCCI
Date:        March 26th, 2026

**Honorable Jueza Mizelle,**

Mi nombre es Daniel Viera Artunduaga, tengo 36 años y soy desarrollador independiente de páginas web. Actualmente trabajo en un negocio familiar junto a mi pareja. En mi tiempo libre lo dedico a mi familia y a continuar mis estudios, siempre enfocado en mejorar nuestro emprendimiento y crecer tanto personal como profesionalmente. Me considero una persona responsable, respetuosa, amable y con principios firmes basados en mi fe en Dios.

Conocí a Mauricio Flores hace varios años, alrededor del 2015, cuando él fue el encargado del proceso de selección de personal en una empresa de desarrollo de páginas web enfocadas en ventas de videojuegos. Desde nuestra primera interacción, Mauricio fue formal, respetuoso y profesional. Con el tiempo, nuestra relación trascendió lo laboral y se convirtió en una amistad cercana. Hemos compartido múltiples reuniones sociales con un grupo de amigos al que consideramos como familia: celebraciones de cumpleaños, salidas al cine, reuniones y asados, entre otros encuentros.

En todos estos años he conocido a Mauricio como una persona íntegra, responsable y solidaria. Siempre lo he considerado un padre ejemplar, profundamente comprometido con el bienestar de sus hijos. Su prioridad constante ha sido brindarles estabilidad, seguridad y mejores oportunidades. Cuando tomó la decisión de viajar a los Estados Unidos, lo hizo motivado únicamente por el deseo de ofrecerles un futuro más prometedor, con acceso a nuevas oportunidades, cultura e idioma que les permitieran crecer como personas.

Mauricio ha enfrentado dificultades y desafíos, pero siempre ha demostrado fortaleza y determinación para superarlos. Es una persona que se sacrifica por su familia y que, incluso en momentos difíciles, ha estado dispuesto a ayudar a sus amigos. Personalmente, puedo dar fe de que en situaciones complicadas siempre estuvo presente para brindarme apoyo, consejo y ayuda sincera. No solo conmigo, sino también con otras personas de nuestro grupo de amigos, quienes lo apreciamos profundamente por su lealtad y nobleza.

Considero que Mauricio es un hombre de buenos valores, comprometido con su familia y con un corazón solidario. Estoy convencido de que su intención siempre ha sido actuar buscando el bienestar de sus hijos y seres queridos.

Por todo lo anterior, respetuosamente solicito que tenga en consideración estas cualidades y su carácter como padre, amigo y miembro de su comunidad al momento

de tomar una decisión. Confío en que se pueda valorar la persona íntegra que es y la importancia que tiene para su familia.

Respetuosamente,

Daniel Viera Artunduaga

Dear Honorable Judge Mizelle,

My name is Morgan Flannery. I am 30 years old, a mother of two. I've known Mauricio for six years. We dated for 5 years.

Mauricio Flores has always been deeply devoted to his family and has consistently placed their well-being above his own. From the very beginning, he carried the responsibility of caring not only for his children, but also for his mother and extended family members who were still outside of the United States. I witnessed firsthand the sacrifices he made—working long days and often late into the night—to ensure that we never went without. He never complained about the pressure or exhaustion; he simply did what needed to be done because his family depended on him.

Throughout the time we were together, Mauricio took on the financial responsibility for our household. The children and I relied on him completely. When I had to undergo wisdom teeth removal, he immediately stepped in and paid for the procedure without hesitation. Even when I tried to repay him, he refused, never asking for anything in return and never making me feel indebted. That was the kind of person he is—generous, selfless, and always willing to help.

One of Mauricio's greatest priorities was giving his children opportunities to grow. He made the life-changing decision to bring them to the United States so they could receive a better education and have access to greater opportunities. He ensured they had everything they needed for school, from supplies to clothing, and supported their participation in sports and other activities. He understood the importance of not only meeting their basic needs but also enriching their lives. He made sure we created special memories together as a family, taking small trips whenever possible—whether it was a day at the beach or a visit to Disney—so the children could experience joy and adventure.

Mauricio also worked tirelessly to keep our family united. He helped his mother come to the United States so she could be close to him and her grandchildren, strengthening the bond between generations. He even supported his ex-wife, the mother of his children, in coming to the United States so she could remain present in their lives. We all lived together and supported one another, functioning as a unified family. Mauricio was the steady foundation that kept everything running smoothly. He guided us, made important decisions, offered advice, and helped each of us navigate life's challenges. Everyone turned to him for direction, reassurance, and support.

My greatest hope is that one day he will be reunited with his mother and his children, so he can continue being the devoted son and father they so deeply rely on and love.

Thank you for taking the time to read my letter.
Morgan Flannery