# Exhibit C

# Transcript of e-Learning

## ranscrit for MICI FLS

| raining itle | e of ent | First ccess / Issue Date | Last ccess / nd Date | C | Cloc ours | ent Status | Score | Master Score | Cert Gien | Proider ame | Proider ddress |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-Ste ecoer Programs | -Learning Course | Mar 3 2026 | Mar 3 2026 | 015 | 150 | Passed | 90 | - | Mar 3 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Confession - Leo olsto | -Learning Course | - | - | 0 | 200 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Princess of Mars - dgar ice urrougs | -Learning Course | - | - | 0 | 500 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| dating to Cange | -Learning Course | Mar 3 2026 | Mar 3 2026 | 005 | 050 | Passed | 0 | - | Mar 3 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| dult and Cild CP Corrections | -Learning Course | o 25 2025 | o 26 2025 | 02 | 200 | Passed | 80 | - | o 26 2025 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ffordale Care ct C asics for usiness ners Corrections | -Learning Course | o 26 2025 | o 27 2025 | 003 | 034 | Passed | 80 | - | o 27 2025 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| lgoritms otes for Professionals | -Learning Course | - | - | 0 | 850 | ot ttemted | - | - | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| maing nimals: o do dogs see it teir noses - leandra oroit | -Learning Course | o 24 2025 | o 24 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| maing nimals: o does a ellfis sting - eosa S Kasef | -Learning Course | o 24 2025 | o 24 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| maing nimals: Licing ees and uling trees: e reign of a as ueen - Kenn Coogan | -Learning Course | o 24 2025 | o 24 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| maing nimals: Mating frenies serm oards and rood raids: e life of a fire ant ueen - alter  scinel | -Learning Course | o 24 2025 | o 24 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| maing nimals: Meet te tardigrade te tougest animal on art - omas oot | -Learning Course | o 24 2025 | o 24 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| maing nimals: o one can figure out o eels ae se - Luc Cooe | -Learning Course | o 24 2025 | o 24 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| maing nimals: e ug tat oos cand - George aidan | -Learning Course | o 24 2025 | o 24 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| maing nimals: e tree different as mammals gie irt - Kate Slaos | -Learning Course | o 24 2025 | o 24 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| maing nimals: ultures: e acid-uing lague-usting eroes of te ecosstem - Kenn Coogan | -Learning Course | o 24 2025 | o 24 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| maing nimals:  are slots so slo - Kenn Coogan | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| maing nimals:  are slots so slo - Kenn Coogan | -Learning Course | o 24 2025 | o 24 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| maing nimals:  do cats act so eird - on uffington | -Learning Course | o 25 2025 | o 25 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| maing nimals:  eleants neer forget - le Gendler | -Learning Course | o 25 2025 | o 25 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| nger Management | -Learning Course | an 21 2026 | an 21 2026 | 01 | 100 | Passed | 100 | - | an 21 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| round te orld in igt Das - ules erne | -Learning Course | - | - | 0 | 400 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| stronom 2e Corrections | -Learning Course | an 5 2026 | Mar 10 2026 | 0 | 3800 | In Progress | 0 | - | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |

| raining itle | e of ent | First ccess / Issue Date | Last ccess / nd Date | C | Cloc ours | ent Status | Score | Master Score | Cert Gien | Proider ame | Proider ddress |
|---|---|---|---|---|---|---|---|---|---|---|---|
| t te Mountains of Madness - P Loecraft | -Learning Course | - | - | 0 | 300 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| asic Comuter Sills | -Learning Course | an 21 2026 | an 21 2026 | 015 | 150 | Passed | 100 | - | an 21 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| asic First id | -Learning Course | o 27 2025 | o 27 2025 | 01 | 100 | Passed | 100 | - | o 27 2025 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ecoming ec Sa | -Learning Course | Mar 1 2026 | Mar 2 2026 | 015 | 150 | Passed | 100 | - | Mar 2 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| eginning a e Career | -Learning Course | an 21 2026 | an 21 2026 | 005 | 050 | Passed | 80 | - | an 21 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| eginning Graic Design | -Learning Course | o 28 2025 | o 28 2025 | 008 | 075 | Passed | 89 | - | o 28 2025 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| eond mail | -Learning Course | o 27 2025 | o 27 2025 | 01 | 100 | Passed | 100 | - | o 27 2025 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| eond Good and il - Friedric ietsce | -Learning Course | Dec 3 2025 | Dec 3 2025 | 0 | 400 | In Progress | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| iolog: ou Cant las Get at ou ant: Lesson in uman olution | -Learning Course | Fe 1 2026 | Fe 1 2026 | 0 | 050 | In Progress | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| udgeting: udgeting Fundamentals Corrections | -Learning Course | an 21 2026 | an 21 2026 | 008 | 075 | Passed | 100 | - | an 21 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| udgeting: erating udgets | -Learning Course | Fe 17 2026 | Fe 17 2026 | 01 | 100 | Passed | 100 | - | Fe 17 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| usiness Communication | -Learning Course | Fe 17 2026 | Fe 17 2026 | 01 | 100 | Passed | 80 | - | Fe 17 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| usiness Prolem Soling: Critical ining and Information nalsis | -Learning Course | an 21 2026 | an 21 2026 | 013 | 134 | Passed | 86 | - | an 21 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| usiness Prolem Soling: Prolem Soling in te Cororate orld | -Learning Course | Dec 1 2025 | Dec 1 2025 | 008 | 084 | Passed | 100 | - | Dec 1 2025 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| usiness Prolem Soling: Prolem-Soling asics | -Learning Course | o 28 2025 | o 28 2025 | 013 | 125 | Passed | 100 | - | o 28 2025 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| usiness Prolem Soling: Prolem-Soling eams | -Learning Course | o 30 2025 | o 30 2025 | 01 | 100 | Passed | 100 | - | o 30 2025 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| stander Interention raining | -Learning Course | Fe 17 2026 | Fe 17 2026 | 01 | 100 | Passed | 80 | - | Fe 17 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Can Suc ings e - mrose ierce | -Learning Course | - | - | 0 | 500 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Cana | -Learning Course | an 23 2026 | an 23 2026 | 008 | 075 | Passed | 88 | - | an 23 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Career eriences | -Learning Course | Mar 3 2026 | Mar 3 2026 | 02 | 200 | Passed | 0 | - | Mar 3 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Career Planning and Salar | -Learning Course | Mar 1 2026 | Mar 1 2026 | 01 | 100 | Passed | 86 | - | Mar 1 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Career eadiness ersion 1 | Learning Pat | - | - | - | - | Comleted | - | - | Mar 3 2026 | - | - |
| Careers itout College | -Learning Course | an 21 2026 | an 21 2026 | 01 | 100 | Passed | 80 | - | an 21 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Cildrens Stories - scar ilde | -Learning Course | o 30 2025 | an 5 2026 | 0 | 300 | In Progress | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |

| raining itle | e of ent | First ccess / Issue Date | Last ccess / nd Date | C | Cloc ours | ent Status | Score | Master Score | Cert Gien | Proider ame | Proider ddress |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cognitie areness | -Learning Course | an 21 2026 | an 21 2026 | 01 | 100 | Passed | 0 | - | an 21 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| College Psics 2e Corrections | -Learning Course | - | - | 0 | 5700 | ot ttemted | - | - | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Comuter asics | -Learning Course | Mar 2 2026 | Mar 2 2026 | 02 | 200 | Passed | 90 | - | Mar 2 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Comuter Science | -Learning Course | o 26 2025 | o 26 2025 | 005 | 050 | Passed | 100 | - | o 26 2025 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Conducting Meetings: Communicating s Meeting Leaders | -Learning Course | an 22 2026 | an 22 2026 | 005 | 050 | Passed | 80 | - | an 22 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Construction Safet Preention Program: CSIP Introduction | -Learning Course | Fe 19 2026 | Fe 19 2026 | 003 | 025 | Passed | 90 | - | Fe 19 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Construction Safet Preention Program: orlace Safet mloee ngagement | -Learning Course | Fe 19 2026 | Fe 19 2026 | 005 | 050 | Passed | 80 | - | Fe 19 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Contentious elationsis | -Learning Course | Fe 17 2026 | Fe 17 2026 | 015 | 150 | Passed | 80 | - | Fe 17 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Cool Science: o rollercoasters affect our od - rian D er | -Learning Course | o 25 2025 | o 25 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Cool Science: o to unoil an egg - leanor elsen | -Learning Course | o 25 2025 | o 25 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Cool Science: Is fire a solid a liuid or a gas - liaet Co | -Learning Course | o 25 2025 | o 25 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Cool Science: e fascinating science of antom lims - osua Pate | -Learning Course | o 25 2025 | o 25 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Cool Science: e strange case of te cclos see - ien guen | -Learning Course | o 26 2025 | o 26 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Cool Science: at is entro - eff Pillis | -Learning Course | o 26 2025 | o 26 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Cool Science: at is te coldest ting in te orld - Lina Mariet oos | -Learning Course | o 26 2025 | o 26 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Cool Science: at maes tattoos ermanent - Claudia guirre | -Learning Course | o 26 2025 | o 26 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Cool Science: do umans ae a tird eelid - Dorsa min | -Learning Course | o 26 2025 | o 26 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Cool Science: do e arest orsesoe cra lood - liaet Co | -Learning Course | o 26 2025 | o 26 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Cool Science: dont eretual motion macines eer or - etta Scramm | -Learning Course | o 26 2025 | o 26 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Cool Science: is etcu so ard to our - George aidan | -Learning Course | o 26 2025 | o 26 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Correcting Performance Prolems: ddressing eaioral Prolems | -Learning Course | Fe 19 2026 | Fe 19 2026 | 008 | 084 | Passed | 100 | - | Fe 19 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Correcting Performance Prolems: Discilining mloees | -Learning Course | Fe 19 2026 | Fe 19 2026 | 017 | 167 | Passed | 100 | - | Fe 19 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Correcting Performance Prolems: Identifing Performance Prolems | -Learning Course | Fe 19 2026 | Fe 19 2026 | 015 | 150 | Passed | 100 | - | Fe 19 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Correcting Performance Prolems: Inestigating Performance Prolems | -Learning Course | Fe 19 2026 | Fe 19 2026 | 01 | 100 | Passed | 0 | - | Fe 19 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |

| raining itle | e of ent | First ccess / Issue Date | Last ccess / nd Date | C | Cloc ours | ent Status | Score | Master Score | Cert Gien | Proider ame | Proider ddress |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Correcting Performance Prolems: Proiding Feedac o mloees | -Learning Course | Fe 19 2026 | Fe 19 2026 | 008 | 084 | Passed | 100 | - | Fe 19 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Coer Letters | -Learning Course | Fe 23 2026 | Fe 23 2026 | 01 | 100 | Passed | 100 | - | Fe 23 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Creating a Safet Program | -Learning Course | Fe 19 2026 | Fe 19 2026 | 018 | 175 | Passed | 100 | - | Fe 19 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Creatiit | -Learning Course | Fe 28 2026 | Fe 28 2026 | 005 | 050 | Passed | 100 | - | Fe 28 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Creatiit and Innoation: Creatie ining asics | -Learning Course | Fe 28 2026 | Fe 28 2026 | 013 | 134 | Passed | 0 | - | Fe 28 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Creatiit and Innoation: Creatiit In rganiations | -Learning Course | Fe 28 2026 | Fe 28 2026 | 013 | 134 | Passed | 0 | - | Fe 28 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Creatiit and Innoation: Fostering Creatie nironment | -Learning Course | Fe 28 2026 | Fe 28 2026 | 01 | 100 | Passed | 100 | - | Fe 28 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Creatiit and Innoation: Personal Creatiit | -Learning Course | Fe 28 2026 | Fe 28 2026 | 013 | 134 | Passed | 100 | - | Fe 28 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Creatiit and Innoation: Promoting eam Creatiit | -Learning Course | Fe 28 2026 | Fe 28 2026 | 013 | 134 | Passed | 100 | - | Fe 28 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Crime and Punisment - Fodor Dostoes | -Learning Course | - | - | 0 | 1300 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Critical ining and Decision-Maing | -Learning Course | an 22 2026 | an 22 2026 | 01 | 100 | Passed | 80 | - | an 22 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Digital Media Literac | -Learning Course | o 28 2025 | o 28 2025 | 015 | 150 | Passed | 80 | - | o 28 2025 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Digital Potogra | -Learning Course | o 29 2025 | Dec 7 2025 | 01 | 100 | Passed | 100 | 80 | Dec 7 2025 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| -Mail tiuette: -Mail asics | -Learning Course | Mar 1 2026 | Mar 1 2026 | 01 | 100 | Passed | 100 | - | Mar 1 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| lectrical Safet | -Learning Course | Mar 1 2026 | Mar 1 2026 | 008 | 075 | Passed | 100 | - | Mar 1 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| lectrical Safet for te on-lectrical Silled orer | -Learning Course | Mar 5 2026 | Mar 5 2026 | 003 | 025 | Passed | 100 | - | Mar 5 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| lectricit | -Learning Course | Mar 5 2026 | Mar 5 2026 | 01 | 100 | Passed | 100 | - | Mar 5 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| lementar lgera 2e Corrections | -Learning Course | - | - | 0 | 4300 | ot ttemted | - | - | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| mail asics | -Learning Course | Mar 2 2026 | Mar 2 2026 | 01 | 100 | Passed | 90 | - | Mar 2 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| mloee Performance: Feedac | -Learning Course | Mar 6 2026 | Mar 6 2026 | 017 | 167 | Passed | 80 | - | Mar 6 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ntrereneursi Corrections | -Learning Course | - | - | 0 | 2400 | ot ttemted | - | - | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| rgonomics for Food Serice and etail | -Learning Course | Mar 6 2026 | Mar 6 2026 | 005 | 050 | Passed | 100 | - | Mar 6 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Food Serice orer: nnual Food Safet raining | -Learning Course | Mar 9 2026 | Mar 9 2026 | 01 | 100 | Passed | 100 | - | Mar 9 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Freelance or | -Learning Course | Mar 3 2026 | Mar 3 2026 | 005 | 050 | Passed | 100 | - | Mar 3 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |

| raining itle | e of ent | First ccess / Issue Date | Last ccess / nd Date | C | Cloc ours | ent Status | Score | Master Score | Cert Gien | Proider ame | Proider ddress |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Freelancing 101 | -Learning Course | Mar 9 2026 | Mar 9 2026 | 013 | 125 | Passed | 100 | - | Mar 9 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Getting to Kno our od: o do cigarettes affect te od - Krisna Sudir | -Learning Course | o 26 2025 | o 26 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Getting to Kno our od: o do accines or - Kelalin Danasarnsomut | -Learning Course | o 26 2025 | o 26 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Getting to Kno our od: o stress affects our od - Saron ores erguist | -Learning Course | o 26 2025 | o 26 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Getting to Kno our od: o sugar affects te rain - icole ena | -Learning Course | o 26 2025 | o 26 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Getting to Kno our od: o sugar affects te rain - icole ena | -Learning Course | o 28 2025 | o 28 2025 | 0 | 010 | In Progress | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Getting to Kno our od: o sugar affects te rain - icole ena | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Getting to Kno our od: Is it ad to old our ee - ea Saeed | -Learning Course | o 28 2025 | o 28 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Getting to Kno our od: Is mariuana ad for our rain - nees ai | -Learning Course | o 28 2025 | o 28 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Getting to Kno our od: e enefits of good osture - Murat Dalilin | -Learning Course | Dec 2 2025 | Dec 2 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Getting to Kno our od: e enefits of good osture - Murat Dalilin | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Getting to Kno our od: e enefits of good osture - Murat Dalilin | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Getting to Kno our od: at causes caities - Mel osenerg | -Learning Course | Dec 2 2025 | Dec 2 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Getting to Kno our od: at causes eadaces - Dan Kartler | -Learning Course | Dec 2 2025 | Dec 2 2025 | 0 | 010 | In Progress | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Getting to Kno our od: at causes eadaces - Dan Kartler | -Learning Course | Dec 2 2025 | Dec 2 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Getting to Kno our od: at is deression - elen M Farrell | -Learning Course | Dec 2 2025 | Dec 2 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Getting to Kno our od: at ould aen if ou didnt drin ater - Mia acamulli | -Learning Course | Dec 7 2025 | Dec 7 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Getting to Kno our od: at ould aen if ou didnt slee - Claudia guirre | -Learning Course | Dec 7 2025 | Dec 7 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Getting to Kno our od:  do omen ae eriods | -Learning Course | Dec 7 2025 | Dec 7 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Getting to Kno our od:  sitting is ad for ou - Murat Dalilin | -Learning Course | Dec 7 2025 | Dec 7 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| GPS for te Soul | -Learning Course | - | - | 0 | 1425 | ot ttemted | - | - | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| GPS for te Soul - Introduction | -Learning Course | - | - | | | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| amlet - illiam Saeseare | -Learning Course | - | - | 0 | 200 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| idden Figures: n unsung ero of te ciil rigts moement - Cristina Greer | -Learning Course | Dec 7 2025 | Dec 7 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |

| raining itle | e of ent | First ccess / Issue Date | Last ccess / nd Date | C | Cloc ours | ent Status | Score | Master Score | Cert Gien | Proider ame | Proider ddress |
|---|---|---|---|---|---|---|---|---|---|---|---|
| idden Figures: From acifist to s: IIs surrising secret agent - Sraani asu | -Learning Course | Dec 19 2025 | Dec 19 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| idden Figures: istors orst nun - eresa ugar | -Learning Course | Dec 19 2025 | Dec 19 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| idden Figures: o one ournalist rised er life to old murderers accountale - Cristina Greer | -Learning Course | Dec 19 2025 | Dec 19 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| idden Figures: o one scientist aerted a national ealt crisis - ndrea one | -Learning Course | Dec 19 2025 | Dec 19 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| idden Figures: osalind Franlin: Ds unsung ero - Cludio L Guerra | -Learning Course | Dec 19 2025 | Dec 19 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| idden Figures: e first and last ing of aiti - Marlene Daut | -Learning Course | Dec 19 2025 | Dec 19 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| idden Figures: e greatest matematician tat neer lied - Prati gor | -Learning Course | Dec 19 2025 | Dec 19 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| idden Figures: e last cief of te Comances and te fall of an emire - Dustin amaera | -Learning Course | Dec 19 2025 | Dec 19 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| idden Figures: e most successful irate of all time - Dian Murra | -Learning Course | Dec 20 2025 | Dec 20 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| idden Figures: e most successful irate of all time - Dian Murra | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| idden Figures: e murder of ancient leandrias greatest scolar - Soraa Field Fiorio | -Learning Course | Dec 20 2025 | Dec 20 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| idden Figures: e arao tat ouldnt e forgotten - Kate Green | -Learning Course | Dec 20 2025 | Dec 20 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| onest os | -Learning Course | Mar 3 2026 | Mar 3 2026 | 003 | 025 | Passed | 0 | - | Mar 3 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| umans s iruses: Cell s irus: attle for ealt - Sannon Stiles | -Learning Course | Dec 20 2025 | Dec 20 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| umans s iruses: o do entilators or - le Gendler | -Learning Course | Dec 20 2025 | Dec 20 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| umans s iruses: o do iruses um from animals to umans - en Longdon | -Learning Course | Dec 20 2025 | Dec 20 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| umans s iruses: o do ou no if ou ae a irus - Cella rigt | -Learning Course | Dec 20 2025 | Dec 20 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| umans s iruses: o does te immune sstem or - mma rce | -Learning Course | Dec 20 2025 | Dec 20 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| umans s iruses: o fast can a accine e made - Dan Kartler | -Learning Course | Dec 20 2025 | Dec 20 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| umans s iruses: o e conuered te deadl smallo irus - Simona omi | -Learning Course | Dec 20 2025 | Dec 20 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| umans s iruses: e surrising reason ou feel aful en oure sic - Marco Sotomaor | -Learning Course | Dec 20 2025 | Dec 20 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| umans s iruses: at is a coronairus - liaet Co | -Learning Course | Dec 23 2025 | Dec 23 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| umans s iruses: en is a andemic oer | -Learning Course | Dec 23 2025 | Dec 23 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| umans s iruses: ic is etter: Soa or and sanitier - le osental and Pall ordarson | -Learning Course | Dec 23 2025 | Dec 23 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |

| raining itle | e of ent | First ccess / Issue Date | Last ccess / nd Date | C | Cloc ours | ent Status | Score | Master Score | Cert Gien | Proider ame | Proider ddress |
|---|---|---|---|---|---|---|---|---|---|---|---|
| umans s iruses: do ou need to get a flu sot eer ear - Melin Sanicas | -Learning Course | Dec 23 2025 | Dec 23 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| umans s iruses: do ou need to get a flu sot eer ear - Melin Sanicas | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Image diting | -Learning Course | Mar 9 2026 | Mar 9 2026 | 013 | 125 | Passed | 88 | - | Mar 9 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Intermediate lgera 2e Corrections | -Learning Course | - | - | 0 | 4400 | ot ttemted | - | - | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Internet Safet | -Learning Course | Mar 3 2026 | Mar 3 2026 | 01 | 100 | Passed | 100 | - | Mar 3 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Internet is | -Learning Course | Mar 9 2026 | Mar 9 2026 | 005 | 050 | Passed | 80 | - | Mar 9 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Interieing Sills | -Learning Course | Mar 1 2026 | Mar 1 2026 | 01 | 100 | Passed | 100 | - | Mar 1 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Introduction to ntroolog Corrections | -Learning Course | - | - | 0 | 2200 | ot ttemted | - | - | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Introduction to usiness Corrections | -Learning Course | - | - | 0 | 2500 | ot ttemted | - | - | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Introduction to Construction rades | -Learning Course | - | - | 02 | 200 | ot ttemted | - | - | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Introduction to ldercare Corrections | -Learning Course | - | - | 028 | 275 | ot ttemted | - | - | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Introduction to Gmail | -Learning Course | an 21 2026 | an 21 2026 | 01 | 100 | Passed | 100 | - | an 21 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Introduction to Piloso Corrections | -Learning Course | - | - | 0 | 1400 | ot ttemted | - | - | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Introduction to areouse erations | -Learning Course | Mar 12 2026 | Mar 12 2026 | 01 | 100 | Passed | 100 | - | Mar 12 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| o lications | -Learning Course | Mar 1 2026 | Mar 1 2026 | 01 | 100 | Passed | 83 | - | Mar 1 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| o Searc and etoring | -Learning Course | Mar 1 2026 | Mar 1 2026 | 015 | 150 | Passed | 100 | - | Mar 1 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| o Success | -Learning Course | Mar 1 2026 | Mar 1 2026 | 01 | 100 | Passed | 100 | - | Mar 1 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Lilit - George MacDonald | -Learning Course | - | - | 0 | 600 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Mat Sills: umer Sense and asic lgera | -Learning Course | - | - | 025 | 250 | ot ttemted | - | - | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Meditations - Marcus urelius | -Learning Course | - | - | 0 | 300 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Moments in istor: o did itler rise to oer - le Gendler and nton aard | -Learning Course | Dec 23 2025 | Dec 23 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Moments in istor: Its a curc Its a mosue Its agia Soia - Kell all | -Learning Course | Dec 23 2025 | Dec 23 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Moments in istor: e tlantic slae trade: at too fe tetoos told ou - nton aard | -Learning Course | Dec 23 2025 | Dec 23 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Moments in istor: e msterious life and deat of asutin - den Girma | -Learning Course | Dec 23 2025 | Dec 23 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |

| raining itle | e of ent | First ccess / Issue Date | Last ccess / nd Date | C | Cloc ours | ent Status | Score | Master Score | Cert Gien | Proider ame | Proider ddress |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Moments in istor: e rise and fall of te erlin all - Konrad arausc | -Learning Course | Dec 23 2025 | Dec 24 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Moments in istor: e rise and fall of te Inca mire - Gordon Mcan | -Learning Course | Dec 24 2025 | Dec 24 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Moments in istor: e rise and fall of te Mongol mire - nne F roadridge | -Learning Course | Dec 24 2025 | Dec 24 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Moments in istor: gl istor: aanese merican incarceration cams - Denso | -Learning Course | Dec 24 2025 | Dec 24 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Moments in istor: gl istor: e 1937 aitian Massacre - dard Paulino | -Learning Course | Dec 24 2025 | Dec 24 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Moments in istor: at is McCartism nd o did it aen - llen Screcer | -Learning Course | Dec 24 2025 | Dec 24 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Moments in istor: at maes te Great all of Cina so etraordinar - Megan Camisi and Pen-Pen Cen | -Learning Course | Dec 24 2025 | Dec 24 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Moments in istor: at reall aened during te Salem itc rials - rian Palac | -Learning Course | Dec 24 2025 | Dec 24 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Mone asics | -Learning Course | Mar 3 2026 | Mar 3 2026 | 02 | 200 | Passed | 100 | - | Mar 3 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Mts from round te orld: o or got is ammer - Scott Mellor | -Learning Course | Dec 24 2025 | Dec 24 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Mts from round te orld: e Camodian mt of ligtning tunder and rain - Prumsodun | -Learning Course | Dec 24 2025 | Dec 28 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Mts from round te orld: e Cinese mt of te immortal ite snae - Sunan eng | -Learning Course | Dec 24 2025 | Dec 24 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Mts from round te orld: e Cinese mt of te immortal ite snae - Sunan eng | -Learning Course | Dec 28 2025 | Dec 28 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Mts from round te orld: e Cinese mt of te immortal ite snae - Sunan eng | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Mts from round te orld: e gtian mt of Isis and te seen scorions - le Gendler | -Learning Course | Dec 28 2025 | Dec 28 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Mts from round te orld: e gtian mt of Isis and te seen scorions - le Gendler | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Mts from round te orld: e mt eind te Cinese odiac - Megan Camisi and Pen-Pen Cen | -Learning Course | Dec 29 2025 | Dec 29 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Mts from round te orld: e mt of racne - Iseult Gillesie | -Learning Course | Dec 29 2025 | Dec 29 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Mts from round te orld: e mt of ercules: 12 laors in 8-its - le Gendler | -Learning Course | Dec 29 2025 | Dec 29 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Mts from round te orld: e mt of Icarus and Daedalus - m dins | -Learning Course | Dec 29 2025 | Dec 29 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Mts from round te orld: e mt of Irelands to greatest arriors - Iseult Gillesie | -Learning Course | Dec 29 2025 | Dec 29 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Mts from round te orld: e mt of Prometeus - Iseult Gillesie | -Learning Course | Dec 29 2025 | Dec 29 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Mts from round te orld: e tale of te doctor o defied Deat - Iseult Gillesie | -Learning Course | Dec 29 2025 | Dec 29 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Mts from round te orld: e tragic mt of reus and urdice - rendan Pelsue | -Learning Course | Dec 29 2025 | Dec 29 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |

| raining itle | e of ent | First ccess / Issue Date | Last ccess / nd Date | C | Cloc ours | ent Status | Score | Master Score | Cert Gien | Proider ame | Proider ddress |
|---|---|---|---|---|---|---|---|---|---|---|---|
| e ec | -Learning Course | Fe 18 2026 | Fe 18 2026 | 013 | 125 | Passed | 88 | - | Fe 18 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| nline Mone is | -Learning Course | Mar 3 2026 | Mar 3 2026 | 01 | 100 | Passed | 83 | - | Mar 3 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ur Canging Climate: Can 100 reneale energ oer te orld - Federico osei and eno osei | -Learning Course | Dec 29 2025 | Dec 29 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ur Canging Climate: Sould e eat ugs - mma rce | -Learning Course | Dec 29 2025 | Dec 30 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ur Canging Climate: e case of te anising oneees - mma rce | -Learning Course | Dec 30 2025 | Dec 30 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ur Canging Climate: e case of te anising oneees - mma rce | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ur Canging Climate: e life ccle of a t-sirt - ngel Cang | -Learning Course | Dec 30 2025 | Dec 30 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ur Canging Climate: e life ccle of a t-sirt - ngel Cang | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ur Canging Climate: at aens if ou cut don all of a cits trees - Stefan l | -Learning Course | Dec 30 2025 | Dec 30 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ur Canging Climate: at aens if ou cut don all of a cits trees - Stefan l | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ur Canging Climate: at aens if ou cut don all of a cits trees - Stefan l | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ur Canging Climate: at is te traged of te commons - icolas mendolare | -Learning Course | Dec 30 2025 | Dec 30 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ur Canging Climate: at is te traged of te commons - icolas mendolare | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ur Canging Climate: at reall aens to te lastic ou tro aa - mma rce | -Learning Course | Dec 30 2025 | Dec 30 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ur Canging Climate: at reall aens to te lastic ou tro aa - mma rce | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ur Canging Climate: at ould aen if eer uman suddenl disaeared - Dan Kartler | -Learning Course | Dec 30 2025 | Dec 30 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ur Canging Climate: at ould aen if eer uman suddenl disaeared - Dan Kartler | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ur Canging Climate: ats a smartone made of - Kim Presoff | -Learning Course | Dec 30 2025 | Dec 30 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ur Canging Climate: ats a smartone made of - Kim Presoff | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ur Canging Climate: is iodiersit so imortant - Kim Presoff | -Learning Course | Dec 30 2025 | Dec 30 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ur Canging Climate: is iodiersit so imortant - Kim Presoff | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ur Canging Climate: isnt te eterlands underater - Stefan l | -Learning Course | Dec 30 2025 | Dec 30 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ur Canging Climate: isnt te eterlands underater - Stefan l | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ur Canging Climate: ill te ocean eer run out of fis - ana liaet onson and ennifer acuet | -Learning Course | Dec 30 2025 | Dec 30 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |

| raining itle | e of ent | First ccess / Issue Date | Last ccess / nd Date | C | Cloc ours | ent Status | Score | Master Score | Cert Gien | Proider ame | Proider ddress |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ur Canging Climate: ill te ocean eer run out of fis - ana liaet onson and ennifer acuet | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Parenting: loring Deelomental eeds and Caracteristics of Different ge Grous Corrections | -Learning Course | - | - | 013 | 125 | ot ttemted | - | 80 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Parenting: out Deeloment rends: Focus on lder out Corrections | -Learning Course | - | - | 013 | 125 | ot ttemted | - | 80 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Psics Corrections | -Learning Course | - | - | 0 | 2900 | ot ttemted | - | - | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Prealgera 2e Corrections | -Learning Course | Fe 13 2026 | Fe 13 2026 | 0 | 3600 | In Progress | 0 | - | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Princiles of Mareting Corrections | -Learning Course | - | - | 0 | 2400 | ot ttemted | - | - | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| educing Foodorne Illness is Factors in Food Serice and etail stalisments | -Learning Course | Mar 12 2026 | Mar 12 2026 | 005 | 050 | Passed | 80 | - | Mar 12 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| esume riting | -Learning Course | Mar 1 2026 | Mar 1 2026 | 015 | 150 | Passed | 86 | - | Mar 1 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| icard II - illiam Saeseare | -Learning Course | Fe 2 2026 | Fe 2 2026 | 0 | 200 | In Progress | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Safet Communication and raining ecniues | -Learning Course | - | - | 015 | 150 | ot ttemted | - | - | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Sales: Comleting Corrections | -Learning Course | - | - | 003 | 025 | ot ttemted | - | - | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Satans Diar - Leonid ndree | -Learning Course | - | - | 0 | 400 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Session 1  Mts out Grot and ealing | -Learning Course | - | - | | | ot ttemted | - | 70 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Session 2 - nderstanding our Identit | -Learning Course | - | - | | | ot ttemted | - | 70 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Session 3 - ats te Deal it Forgieness | -Learning Course | - | - | | | ot ttemted | - | 70 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Session 4 - Letting Go of te Past | -Learning Course | - | - | | | ot ttemted | - | 70 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Session 5 - ssuming e esonsiilities | -Learning Course | - | - | | | ot ttemted | - | 70 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Session 6 our Stor  ats et | -Learning Course | - | - | | | ot ttemted | - | 70 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Session 7 - Prearing For our Success | -Learning Course | Mar 3 2026 | Mar 3 2026 | | | In Progress | - | 70 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Saring conom | -Learning Course | Mar 5 2026 | Mar 5 2026 | 005 | 050 | Passed | 90 | - | Mar 5 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Songriting 101  it Damien orne | -Learning Course | - | - | 0 | 100 | ot ttemted | - | 50 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Songriting 101  it Damien orne | -Learning Course | - | - | 0 | 100 | ot ttemted | - | 50 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Starting er on te Inside | -Learning Course | Mar 3 2026 | Mar 3 2026 | 0 | 600 | In Progress | - | - | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| e rt of ar - Sun u | -Learning Course | Dec 28 2025 | Fe 20 2026 | 0 | 200 | In Progress | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |

| raining itle | e of ent | First ccess / Issue Date | Last ccess / nd Date | C | Cloc ours | ent Status | Score | Master Score | Cert Gien | Proider ame | Proider ddress |
|---|---|---|---|---|---|---|---|---|---|---|---|
| e Comed of rrors - illiam Saeseare | -Learning Course | an 4 2026 | an 4 2026 | 0 | 100 | In Progress | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| e Door it Seen Locs - dgar allace | -Learning Course | - | - | 0 | 400 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| e igt Gate - e Gate of eentance - Iggeret atesua - Caters 1-12 | -Learning Course | - | - | | | ot ttemted | - | 70 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| e Fift Gate - Intentions - Caters 38-50 | -Learning Course | - | - | | | ot ttemted | - | 70 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| e First Gate - e Long a - Caters 1-17 | -Learning Course | - | - | | | ot ttemted | - | 70 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| e Fourt Gate - Its all out Doing - Caters 35- 37 | -Learning Course | - | - | | | ot ttemted | - | 70 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| e Imortance of eing arnest - scar ilde | -Learning Course | - | - | 0 | 200 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| e Picture of Dorian Gra - scar ilde | -Learning Course | - | - | 0 | 500 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| e Safe Food andler | -Learning Course | - | - | 005 | 050 | ot ttemted | - | - | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| e Second Gate - e Sorter a - Caters 18-25 | -Learning Course | - | - | | | ot ttemted | - | 70 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| e Seent Gate - e Gate of nit and Fait - Saar aicud eaemuna - Caters 1-12 | -Learning Course | - | - | | | ot ttemted | - | 70 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| e Sit Gate - Mae For Me a Sanctuar - Caters 51-53 | -Learning Course | - | - | | | ot ttemted | - | 70 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| e emest - illiam Saeseare | -Learning Course | - | - | 0 | 200 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| e ird Gate - eing oful - Caters 26-34 | -Learning Course | - | - | | | ot ttemted | - | 70 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| in Lie  Coder isode 01: e Prison rea | -Learning Course | Dec 30 2025 | Dec 30 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| in Lie  Coder isode 01: e Prison rea | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| us Sae aratustra - Friedric ietsce | -Learning Course | - | - | 0 | 600 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| nderstanding te asic Concets of IP | -Learning Course | - | - | 008 | 075 | ot ttemted | - | 80 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| ellness Programs Corrections | -Learning Course | - | - | 005 | 050 | ot ttemted | - | - | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| sould ou read otes of a natie son: e orld according to ames aldin - Cristina Greer | -Learning Course | Dec 30 2025 | Dec 30 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| sould ou read otes of a natie son: e orld according to ames aldin - Cristina Greer | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Sould ou ead:  sould ou read Don uiote - Ilan Staans | -Learning Course | Dec 30 2025 | Dec 30 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Sould ou ead:  sould ou read Don uiote - Ilan Staans | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Sould ou ead:  sould ou read amlet - Iseult Gillesie | -Learning Course | Dec 30 2025 | Dec 30 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |

| raining itle | e of ent | First ccess / Issue Date | Last ccess / nd Date | C | Cloc ours | ent Status | Score | Master Score | Cert Gien | Proider ame | Proider ddress |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sould ou ead: sould ou read amlet - Iseult Gillesie | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Sould ou ead: sould ou read ne undred ears of Solitude - Francisco De-uo | -Learning Course | Dec 30 2025 | Dec 30 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Sould ou ead: sould ou read ne undred ears of Solitude - Francisco De-uo | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Sould ou ead: sould ou read e andmaids ale - aomi Mercer | -Learning Course | Dec 30 2025 | Dec 30 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Sould ou ead: sould ou read e andmaids ale - aomi Mercer | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Sould ou ead: sould ou read Kurt onnegut - Mia acamulli | -Learning Course | Dec 30 2025 | Dec 30 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Sould ou ead: sould ou read Kurt onnegut - Mia acamulli | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Sould ou ead: sould ou read Slia Plat | -Learning Course | Dec 30 2025 | Dec 30 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Sould ou ead: sould ou read Slia Plat | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Sould ou ead: sould ou read Crime and Punisment - le Gendler | -Learning Course | Dec 30 2025 | Dec 30 2025 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Sould ou ead: sould ou read Crime and Punisment - le Gendler | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Sould ou ead: sould ou read Crime and Punisment - le Gendler | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Sould ou ead: sould ou read Fareneit 451 - Iseult Gillesie | -Learning Course | Fe 3 2026 | Fe 4 2026 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Sould ou ead: sould ou read Fareneit 451 - Iseult Gillesie | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Sould ou ead: sould ou read Fareneit 451 - Iseult Gillesie | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Sould ou ead: sould ou read Kafa on te Sore - Iseult Gillesie | -Learning Course | Fe 4 2026 | Fe 4 2026 | 0 | 010 | Comlete | 0 | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| Sould ou ead: sould ou read Kafa on te Sore - Iseult Gillesie | -Learning Course | - | - | 0 | 010 | ot ttemted | - | 0 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| orlace asics | -Learning Course | Mar 1 2026 | Mar 1 2026 | 01 | 100 | Passed | 100 | - | Mar 1 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| rite our First Song it Stee Polt | -Learning Course | - | - | 0 | 100 | ot ttemted | - | 50 | o | Ceror Inc | 3400 Monroe enue Suite 119 ocester |
| riting Sills | -Learning Course | Mar 11 2026 | Mar 11 2026 | 005 | 050 | Passed | 100 | - | Mar 11 2026 | Ceror Inc | 3400 Monroe enue Suite 119 ocester |