# Exhibit D

# Similarly Situated Defendants

## *United States v. Mauricio Flores*
### Case No.: 8:25-cr-00386-KKM-LSG
### Similarly-Situated Defendants[1] Sentenced in Fiscal Years 2021-2025

National: 61 similarly-situated defendants with had an average sentence of **42.41** months imprisonment.  Sentencing range: 60 months of probation to 97 months imprisonment.

| Circuit | District | Type of Sentence | Prison (months) | Probation (months) | Supervised Release (months) | Fiscal Year of Sentence | USSC Unique Case ID |
|---|---|---|---|---|---|---|---|
| 11 | Georgia North | Prison | 18 | 0 | 60 | 2024 | 2832681 |
| 11 | Georgia Mid | Prison | 70 | 0 | 300 | 2021 | 2682308 |
| 11 | Florida Mid | Prison | 78 | 0 | LIFE | 2021 | 2645174 |
| 10 | Oklahoma West | Prison | 72 | 0 | 60 | 2025 | 2930330 |
| 10 | Oklahoma West | Prison | 36 | 0 | 144 | 2024 | 2893793 |
| 10 | Oklahoma West | Prison | 48 | 0 | 48 | 2024 | 2875134 |
| 10 | Utah | Prison | 48 | 0 | LIFE | 2024 | 2869653 |

---

[1] Here, defendants with similar records who have been found guilty of similar conduct ("similarly-situated defendants") are those, like Mr. Flores, who shared the following 10 characteristics:
(1)  had a statutory maximum of 10 years;
(2)  scored under USSG § 2G2.2;
(3)  had a Base Offense Level of 18;
(4)  received the two-level enhancement for prepubescent minors pursuant to USSG § 2G2.2(b)(2);
(5)  received the four-level enhancement for sadomasochism or infants/toddlers pursuant to USSG § 2G2.2(b)(4);
(6)  received the two-level enhancement for use of a computer/internet pursuant to USSG § 2G2.2(b)(6);
(7)  received a five-level enhancement for over 600 images pursuant to USSG §2G2.2(b)(7)(D);
(8)  had a Final Offense Level of 28;
(9)  was in Criminal History Category I; and
(10) had a Guidelines Range of 78-97 months.
All cases shown are based on complete information as submitted to the Sentencing Commission.

| 10 | Oklahoma West | Prison | 84 | 0 | 120 | 2024 | 2869546 |
|---|---|---|---|---|---|---|---|
| 10 | Utah | Prison | 24 | 0 | 180 | 2024 | 2855021 |
| 10 | Oklahoma West | Prison | 48 | 0 | 60 | 2024 | 2845269 |
| 10 | Oklahoma West | Prison | 60 | 0 | 60 | 2023 | 2813936 |
| 10 | Oklahoma West | Prison | 48 | 0 | 60 | 2022 | 2755472 |
| 10 | Kansas | Prison | 46 | 0 | 60 | 2022 | 2710606 |
| 10 | Colorado | Prison | 46 | 0 | 60 | 2021 | 2642950 |
| 10 | Colorado | Prison | 90 | 0 | 120 | 2021 | 2638259 |
| 9 | Idaho | Prison | 48 | 0 | 120 | 2024 | 2860970 |
| 9 | Oregon | Probation | 0 | 60 | 0 | 2023 | 2836827 |
| 9 | Oregon | Prison | 18 | 0 | 60 | 2023 | 2804471 |
| 9 | Oregon | Prison | 45 | 0 | 60 | 2023 | 2785730 |
| 9 | Oregon | Prison | 48 | 0 | 240 | 2021 | 2686529 |
| 9 | Oregon | Prison | 18 | 0 | 36 | 2021 | 2666137 |
| 9 | California Central | Prison | 18 | 0 | 240 | 2021 | 2651898 |
| 8 | Missouri East | Prison | 78 | 0 | LIFE | 2025 | 2915449 |
| 8 | Missouri East | Prison | 60 | 0 | 180 | 2024 | 2876038 |
| 8 | Missouri East | Prison | 84 | 0 | LIFE | 2024 | 2853743 |
| 8 | Missouri West | Prison | 70 | 0 | 96 | 2024 | 2836712 |
| 8 | Missouri East | Prison | 0.03 | 0 | LIFE | 2023 | 2826087 |
| 8 | Nebraska | Prison | 48 | 0 | 120 | 2023 | 2820212 |
| 8 | Missouri East | Prison | 78 | 0 | 240 | 2022 | 2751205 |
| 8 | Arkansas East | Probation | 0 | 60 | 0 | 2022 | 2743794 |
| 8 | Missouri East | Prison | 48 | 0 | LIFE | 2021 | 2644609 |
| 7 | Illinois Cent | Prison | 78 | 0 | 36 | 2022 | 2758637 |

2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | Ohio South | Prison | 72 | 0 | LIFE | 2025 | 2932685 |
| 6 | Ohio South | Prison | 24 | 0 | 60 | 2023 | 2825982 |
| 6 | Ohio South | Prison | 36 | 0 | LIFE | 2023 | 2798462 |
| 6 | Michigan East | Prison | 24 | 0 | 60 | 2023 | 2775334 |
| 5 | Texas South | Prison | 60 | 0 | 60 | 2025 | 2951962 |
| 5 | Louisiana East | Prison | 18 | 0 | 60 | 2025 | 2926070 |
| 5 | Texas West | Prison | 97 | 0 | 60 | 2025 | 2899404 |
| 5 | Texas South | Prison | 24 | 0 | 60 | 2024 | 2866123 |
| 5 | Texas West | Prison | 96 | 0 | 120 | 2024 | 2863136 |
| 5 | Texas South | Prison | 60 | 0 | 120 | 2023 | 2801070 |
| 5 | Texas North | Prison | 48 | 0 | 36 | 2023 | 2775583 |
| 5 | Texas North | Prison | 60 | 0 | 180 | 2021 | 2651514 |
| 4 | Virginia East | Prison | 30 | 0 | 60 | 2025 | 2938642 |
| 4 | South Carolina | Prison | 78 | 0 | LIFE | 2025 | 2904344 |
| 4 | N Carolina Mid | Prison | 41 | 0 | 60 | 2025 | 2894298 |
| 4 | Maryland | Prison | 0.03 | 0 | 180 | 2024 | 2869487 |
| 4 | N Carolina Mid | Prison | 54 | 0 | 60 | 2021 | 2682819 |
| 3 | New Jersey | Probation | 0 | 60 | 0 | 2024 | 2870704 |
| 2 | New York East | Prison | 0.03 | 0 | 60 | 2025 | 2925437 |
| 2 | New York East | Prison | 1 | 0 | 60 | 2025 | 2925428 |
| 2 | Vermont | Prison | 8 | 0 | 120 | 2025 | 2912627 |
| 2 | New York West | Prison | 24 | 0 | 60 | 2024 | 2870898 |
| 2 | New York West | Prison | 24 | 0 | 96 | 2023 | 2814656 |

3

| 2 | New York East | Prison | 18 | 0 | 60 | 2023 | 2786749 |
| 2 | New York East | Prison | 0.1 | 0 | 60 | 2023 | 2780130 |
| 2 | New York East | Prison | 27 | 0 | 60 | 2022 | 2757463 |
| 2 | New York East | Prison | 48 | 0 | 60 | 2021 | 2704352 |
| 1 | Maine | Prison | 24 | 0 | 60 | 2022 | 2707347 |
| 1 | New Hampshire | Prison | 36 | 0 | 60 | 2021 | 2681607 |

Data Sources: USSC Individual Datafiles, FYs 2020-2025, publicly available at: https://www.ussc.gov/research/datafiles/commission-datafiles, and PACER.

4