UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 8:25-cr-386-KKM-LSG

MAURICIO FLORES

### GOVERNMENT'S WITNESS LIST

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, respectfully submits the following list of witnesses

to be called in the government's case-in-chief:

1.    Michelle Langer

The United States reserves the right to call additional witnesses during the

sentencing hearing, if appropriate.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/ Muriel R. Moore*
      Muriel R. Moore
      Assistant United States Attorney
      United States Attorney
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Muriel.Moore@usdoj.gov

**U.S. v. Mauricio Flores**          **Case No. 8:25-cr-386-KKM-LSG**

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Ryan Maguire, Esq.

/s/ Muriel R. Moore
Muriel R. Moore
Assistant United States Attorney
United States Attorney
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Muriel.Moore@usdoj.gov

2