UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

### CLERK'S MINUTES - GENERAL

| CASE NO.: | 8:25-cr-386-KKM-LSG | DATE: | May 6, 2026 |
|---|---|---|---|
| HONORABLE KATHRYN KIMBALL MIZELLE | | INTERPRETER: | N/A |
| **UNITED STATES OF AMERICA** <br><br> **v.** <br><br> **MAURICIO FLORES** | | LANGUAGE: | |
| | | GOVERNMENT COUNSEL <br> Muriel Moore, AUSA | |
| | | DEFENSE COUNSEL <br> Ryan Maguire, AFPD | |
| COURT REPORTER: Bill Jones | | DEPUTY CLERK: | Kristin Carreon |
| TIME: | 10:01 AM - 11:33 AM    TOTAL: 1 hour, 32 minutes | PROBATION: | Johanna Perez |
| | | COURTROOM: | 13B |

### PROCEEDINGS: SENTENCING

All parties present and identified for the record. Case Agent Michelle Langer present at Government's counsel table.

The defendant pleaded guilty to Count One of the Indictment and is adjudged guilty of this offense. Defendant sworn.

The Court heard objections to the PSR. Changes to the PSR made, as stated on the record.

Statements made by counsel. Defendant made a statement to the Court.

Imprisonment: **EIGHTY-FOUR (84) MONTHS.**

Supervised Release: **TEN (10) YEARS.**

Mandatory and standard conditions of supervision apply.

Special conditions of supervision:

1. The defendant must participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant must contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

2. The defendant must participate in a mental health program specializing in sexual offender treatment and submit to polygraph testing for treatment and monitoring purposes. The defendant must follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant must contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third-party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.

3.  The defendant must register with the state sexual offender registration agency(s) in any state where you reside, visit, are employed, carry on a vocation, or are a student, as directed by the probation officer.

4.  The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and/or the Sex Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

5.  The defendant must have no direct contact with minors (under the age of 18) excluding the defendant's children without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playgrounds, etc.

6.  The defendant is prohibited from possessing, subscribing to, or viewing, any images, videos, magazines, literature, or other materials depicting children in the nude and/or in sexually explicit positions.

7.  Without prior written approval of the probation officer, the defendant is prohibited from either possessing or using a computer (including a smart phone, a hand-held computer device, a gaming console, or an electronic device) capable of connecting to an online service or an internet service provider. This prohibition includes a computer at a public library, an internet cafe, his place of employment, or an educational facility. Also, the defendant is prohibited from possessing an electronic data storage medium (including a flash drive, a compact disk, and a floppy disk) or using any data encryption technique or program. If approved to possess or use a device, the defendant must permit routine inspection of the device, including the hard drive and any other electronic data storage medium, to confirm adherence to this condition. The United States Probation Office must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this condition. If this condition might affect a third party, including the defendant's employer, the defendant must inform the third party of this restriction, including the computer inspection provision.

8.  The defendant must submit to a search of his person, residence, place of business, any storage units under your control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. The defendant must inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

Restitution: **$10,000.00.** (See Judgment for details.)

Fine: **WAIVED.**

Special Assessment: **$100.00**, due immediately.

JVTA: **NOT IMPOSED.**

AVAA: **NOT IMPOSED.**

Defendant shall forfeit to the United States those assets that are subject to forfeiture as previously identified in the Order of Forfeiture and any subsequent orders.

Defendant objected to the sentence, for the reasons stated on the record.

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

The Court recommends to the Bureau of Prisons:
1.  Confinement at the Seagoville facility located in Texas (first choice), to allow the defendant to remain housed close to family members or, in the alternative, confinement at the Coleman facility located in Florida (second choice);
2.  Participation in any vocational training the Bureau of Prisons deems appropriate;
3.  Be evaluated for participation in the 500-hour Intensive Drug Treatment Program (RDAP).

The defendant is advised of his right to appeal and of his right to counsel on appeal.

Court adjourned.