UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                         Case No. 8:25-cr-386-KKM-LSG

MAURICIO FLORES

_____

## AMENDED PRELIMINARY ORDER OF FORFEITURE

The United States moves for an Amended Preliminary Order of Forfeiture for an Apple iPhone 14 Pro, serial number DQ6LWGVHXY, a black MSI laptop, and a Sabrent hard drive, all seized on or about May 23, 2025.

Being fully advised of the relevant facts, the Court finds that the assets identified above were used to commit the offense charged in Count One of the Indictment, for which the defendant was found guilty.

The United States' motion is **GRANTED**. Under 18 U.S.C. § 2253 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified above are **FORFEITED** to the United States for disposition according to law. This order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings and to enter any further order necessary for

the forfeiture and disposition of such property.

**ORDERED** in Tampa, Florida, on May 6, 2026.

Kathryn Kimball Mizelle
United States District Judge